# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 20-cv-83 |
| v. ) | |
| ) | Judge Joan H. Lefkow |
| ACCOR MANAGEMENT US INC., ) | Magistrate Judge Sheila M. Finnegan |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, RASUL MUHAMMAD, by and through his undersigned attorney, and pursuant to Fed R. Civ. Proc. 41(a)(1)(i), hereby gives notice that he voluntarily dismisses this action against Defendant, ACCOR MANAGEMENT US INC., with prejudice and without cost award.

Respectfully submitted,

RASUL MUHAMMAD

s/ *R. Joseph Kramer*
R. Joseph Kramer
KRAMER INJURY LAW LLC
225 W. Washington Street, Ste. 2200
Chicago, IL 60606
Phone: (312) 775-1012
Joe@rjklawyer.com